**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: Marathon Healthcare Center of New Haven, LLC | ) | Chapter 7 |
| | ) | Case No.: 08-20593 |
| Debtor(s) | ) | Adversary No.: 10-02022 |
| Thomas C. Boscarino | ) | |
| Plaintiff | ) | |
| v. | ) | |
| The Hartford Provision Company dba HPC Foodservice | ) | Trial Date: December 5, 2011 at 10:00 AM |
| Defendant | | |

**SIXTH AMENDED PRETRIAL ORDER**

APPEARANCES:

John H. Grasso                                        Attorney for Plaintiff
Boscarino, Grasso & Twachtman, LLP


Raymond C. Bliss                                      Attorneys for Defendant
Denise R. Polivy
Baker O'Sullivan & Bliss, PC

---

**1.    PROCEDURE**

It is determined pursuant to 28 U.S.C. § 157(b)(3), that the above captioned adversary proceeding is a [check one]:

__X__ core proceeding, see 28 U.S.C. § 157(b)(2), 11.U.S.C. § 547(b).

_____ proceeding related to a case under title 11 as to which the parties have consented to the entry of appropriate orders and judgments by a bankruptcy judge, see 28 U.S.C. § 157(c)(2).

**2.    PLEADINGS**
    a) Answer or Response Date:   **June 1, 2010**
    b) Other: Date:   **October 15, 2011**

**3.    DISCOVERY**
    a) Unless otherwise ordered, all discovery shall be completed and closed by the **15th day of September, 2011** which date shall be not later than 90 days from the pleadings scheduled in paragraph 2 are closed ("Discovery Bar Date").

**4.    TRIAL MEMORANDA**
    Unless ordered by the court, no pretrial or post trial memoranda shall be filed. All memoranda that are ordered by the court shall be no longer than ten pages (double spaced on 8-1/2 x 11" paper with 12 pt.

font) and shall be exchanged, filed and a copy delivered to chambers no later than the date ordered. A certificate of service shall be filed with each memorandum.

5. **WITNESSES AND EXHIBITS**

A list of witnesses with a short statement of the testimony of each and a list of exhibits shall be exchanged, filed, and delivered to chambers no later than 5 days after the Discovery Bar date. A copy of each exhibit, corresponding to the appropriate exhibit list, shall be exchanged but not filed or delivered to chambers. In complying with this paragraph, plaintiff's exhibits shall be marked alphabetically, and defendant's exhibits shall be marked numerically. A party may not call a witness who is not on that parties list of witnesses. No exhibits shall be admitted into evidence unless there has been compliance with this paragraph. No expert witness may testify unless a detailed, signed statement of that expert's opinion has been exchanged, filed and delivered to chambers not later than 5 days after the Discovery Bar Date, the filing of lists of witnesses and exhibits and experts' reports in compliance with this paragraph shall be accompanied by a certification of service.

6. **TRIAL CONFIRMATION**

The plaintiff shall ascertain whether it is likely that the trial will proceed as scheduled and shall report that information to the judges chambers the Wednesday before the Trial Date.

7. **SETTLEMENT CONFERENCE**

If appropriate, the court shall conduct a pretrial conference at which an attempt will be made to settle the controversy or narrow the issues. Counsel shall attend fully authorized to make a final demand or offer and shall either be accompanied by the person or persons authorized and competent to accept or reject a settlement proposal or such persons shall be available by telephone.

8. **BENCH COPIES OF EXHIBITS**

At the commencement of the trial, each party shall deliver to the court <u>two</u> copies of each exhibit exchanged pursuant to paragraph 5.

9. **SANCTIONS**

Failure to comply with any provision of this Order may result in the dismissal of the adversary proceeding, the entry of default, or the imposition of sanctions or other appropriate relief.

CONSENT
For the Plaintiff

  /s/ John H. Grasso                       Dated:     7/12/11
John H. Grasso

For the Defendant


  /s/ Denise R. Polivy                     Dated:     7/12/11
Denise R. Polivy

Dated: July 14, 2011

                                                              Albert S. Dabrowski
                                                         United States Bankruptcy Judge